STATE OF CONNECTICUT *v.* ALBERT PORTO, JR.

The motion filed on behalf of the defendant to withdraw the motion to vacate the appeal from the Superior Court in New Haven County is granted, and, it appearing that the defendant has died, the appeal is dismissed as moot.

*Charles G. Albom,* in support of the motion.

Submitted April 24—decided May 1, 1973

HENRY A. McCLAIN *v.* JOHN R. MANSON, COMMISSIONER OF CORRECTION, ET AL.

A motion by the plaintiff "For Leave To File Petition For A Writ Of Mandamus 'And/Or' A Petition For A Writ Of Prohibition And For An Immediate Hearing Thereon" has been filed with this court. The motion is dismissed without prejudice to a proper proceeding in a court of original jurisdiction.

*Henry McClain,* pro se, in support of the motion.

Submitted April 17—decided May 2, 1973

VIRGINIA H. FITZGERALD *v.* CLIFFORD L. FITZGERALD, JR.

The plaintiff's motion for an extension of time to April 23, 1973, within which to file a reply to the defendant's memorandum of law on the motion for review of the Superior Court's order terminating a stay of execution in the appeal from the Superior Court in Fairfield County at Stamford is granted.

*John A. Ackerly,* in support of the motion.